**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**H & H BROKERAGE, INC.**                                                                    **PLAINTIFF**

v.                                          **4:07CV00533-WRW**

**J.R. SIMPLOT CO., INC.**                                                                   **DEFENDANT**

**ORDER**

Pending are Defendant's Motions for Admission *Pro Hac Vice* (Doc. No. 5 and 6), in which Defendant requests that Mr. Chris Hansen and Mr. Brian Julian be permitted to appear *pro hac vice*. The Motions assert that Mr. Richard Donovan, a member in good standing of the Arkansas Bar, and of the Eastern District, will act as local counsel.

The Motions have been reviewed and the movant has complied with Local Rule 83.5, which governs special admissions. Defendant's Motions are GRANTED, and Mr. Hansen and Mr. Julian will be permitted to appear and to participate in these proceedings as co-counsel Defendant.

Also pending is Plaintiff's Motion for Admission *Pro Hac Vice* (Doc. No. 7), in which Plaintiff requests that Mr. Douglas Wood be permitted to appear *pro hac vice*. The Motion asserts that Ms. Carolyn Witherspoon, a member in good standing of the Arkansas Bar, and of the Eastern District, will act as local counsel.

The Motion has been reviewed and the movant has complied with Local Rule 83.5, which governs special admissions. Plaintiff's Motion is GRANTED, and Mr. Wood will be permitted to appear and to participate in these proceedings as co-counsel for Plaintiff.

IT IS SO ORDERED this 26th day of June, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE