# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**H&H BROKERAGE, INC.**                                                **PLAINTIFF**

**v.**                              **4:07CV00533-WRW**

**J R SIMPLOT COMPANY, INC.**                                          **DEFENDANT**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE