IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

H&H BROKERAGE, INC.                                                                    PLAINTIFF

v.                                          4:07CV00533-WRW

J R SIMPLOT COMPANY, INC.                                                         DEFENDANT

### ORDER

Pending is Defendant's Motion for Attorney Fees (Doc. No. 35). Defendant's Motion is DENIED.

IT IS SO ORDERED this 26th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE